IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIA KARDOSH | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-5918 |
| | : | |
| CHESTER COUNTY, | : | |
| PENNSYLVANIA | : | |

### **ORDER**

AND NOW, this 5th day of December, 2024, upon consideration of Plaintiff Julia Kardosh's *pro se* Amended Complaint (ECF No. 8), it is hereby ORDERED the Amended Complaint is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.